IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

        Plaintiff,                  No. 2:10-cv-01829-KJM-DAD P

    vs.

WILLIAMS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On November 27, 2012, plaintiff filed a motion for reconsideration of the magistrate judge's order filed November 9, 2012, denying appointment of counsel and a stay of this case. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 9, 2012, is affirmed.

DATED: December 11, 2012.

_____
UNITED STATES DISTRICT JUDGE