IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

    Plaintiff,               No. 2:10-cv-01829 KJM DAD P

    vs.

WILLIAMS, et al.,

    Defendants.          <u>ORDER</u>

/

        On June 5, 2013, the court issued an order directing plaintiff to file and serve any supplemental opposition he wished to submit in response to defendants' November 16, 2012 motion for summary judgment. However, due to a typographical error in that order, the court set July 8, 201<u>2</u> as the deadline for the filing of plaintiff's supplemental opposition. By this order, the court will set a new deadline for the filing of plaintiff's supplemental opposition to the pending motion for summary judgment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. On or before July 15, 2013, plaintiff shall file and serve any supplemental opposition he wishes to submit in response to defendants' November 16, 2012 motion for summary judgment. No further extensions of time will be granted for this purpose in light of the lengthy period of time plaintiff has already had to file his opposition to that motion.

1

1  2. Defendants' supplemental reply, if any, shall be filed and served within seven
2 days after service of plaintiff's supplemental opposition.
3 DATED: June 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mitc1829.supp2