UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MITCHELL, | No. 2:10-cv-01829 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAMS, et al., | |
| Defendant. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On September 3, 2013, plaintiff filed a letter asking for the appointment of counsel. (ECF No. 55) On September 26, 2013, the court found that the appointment of counsel was warranted; plaintiff's request for the appointment of counsel was granted and referred to the Court's Pro Bono Program. (ECF No. 56) Steven Allan Whitworth has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Steven Allan Whitworth is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

1

3. The Clerk of the Court is directed to serve a copy of this order and the court's order filed September 26, 2013 (ECF No. 56) upon Steven Allan Whitworth, Law Office of Steve Whitworth, 770 L Street, Suite 950, Sacramento, CA 95814.

DATED: October 18, 2013

_____
UNITED STATES DISTRICT JUDGE