UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>DeBRINA WILLIAMS,<br><br>        Defendant. | No. 2:10-cv-01829-KJM-DAD<br><br><br>ORDER TO SHOW CAUSE |

      In a minute order issued November 12, 2013, the court set a final pretrial conference in the above-captioned matter.  ECF No. 59.  Although plaintiff's counsel Steven Whitworth filed a joint pretrial statement on January 10, 2014, ECF No. 61, he failed to appear at the January 23, 2014 conference.  During the conference, defendants' counsel also represented to the court that the statement Mr. Whitworth filed did not bear her signature and included changes to which she had not agreed.

      Accordingly, Mr. Whitworth is ordered to show cause within seven (7) days of the date of this order why he should not be sanctioned in the amount of $500.00 for failure to appear and for falsely representing to the court that the statement was jointly filed.

      IT IS SO ORDERED.

DATED: January 24, 2014.

                                      UNITED STATES DISTRICT JUDGE